UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

    v.                                      No. 06-fp-225

Norman Bolduc and Pauline Maloney


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-225-JD.

**SO ORDERED.**

                                              James R. Muirhead
                                              United States Magistrate Judge

Date: June 19, 2006

cc:    Josephine Amatucci, *pro se*