UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

       v.                     Civil No. 06-cv-225-JD

<u>Norman Bolduc, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 4, 2006, no objection having been filed.

    SO ORDERED.

October 27, 2006                     /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

cc:    Josephine Amatucci, pro se